1

2

3 E-FILED on 8/22/2012

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

| | |
|---|---|
| 10 UNITED STATES OF AMERICA, ) | No. CR-12-00431 DLJ |
| ) | |
| 11 Plaintiff, ) | [] ORDER CONTINUING |
| ) | STATUS HEARING AND EXCLUDING |
| 12 vs. ) | TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| 13 GILBERTO ARMENTA-RODRIGUEZ, ) | |
| ) | |
| 14 Defendant. ) | |
| _____) | |

15

16          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

17 hearing currently scheduled for Thursday, August 23, 2012, shall be continued to Thursday,

18 September 13, 2012, at 9:00 a.m.

19          It is further ordered that the time through and including September 13, 2012, shall be

20 excluded from the computation of time within which trial shall commence under the Speedy

21 Trial Act, as the reasonable time necessary for effective preparation and continuity of counsel,

22 pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

23

24 Dated: August ___, 2012

25          _____
          HON. D. LOWELL JENSEN
26          Senior United States District Judge